# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City**    **Related Case Information:**

**County** Suffolk County

Superseding Ind./ Inf.    Case No.
Same Defendant    New Defendant X
Magistrate Judge Case Number
Search Warrant Case Number    21-MJ-4170, -4171, 4172, 4173, 4174-DHH
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: Gary E. Leach    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State) Athens, GA

Birth date (Yr only): 1997    SSN (last4#): 8972    Sex: M    Race: W    Nationality: USA

**Defense Counsel if known:**    Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA** David M. Holcomb    Bar Number if applicable # 694712

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 04/21/2021    Signature of AUSA: /s/ David M. Holcomb

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Gary E. Leach

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2261A | cyberstalking | 1 |
| Set 2 | 18 U.S.C. § 875(d) | extortion by interstate threat of injury to reputation | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____